PER CURIAM.
Finding that the trial court’s decision is supported by substantial, competent evidence, we affirm the Final Judgment. See Brown v. Taylor, 500 So.2d 309 (Fla. 2d DCA 1986); Brown v. Vining, 334 So.2d 647 (Fla. 3d DCA 1976); In re Estate of Agardy v. Dunn, 293 So.2d 145 (Fla. 3d DCA 1974); McDonough v. Rudisill, 229 So.2d 268 (Fla. 2d DCA 1969), cert. denied, 237 So.2d 532 (Fla.1970); Carberry v. Foley, 213 So.2d 635 (Fla. 3d DCA 1968), cert. denied, 222 So.2d 750 (Fla.1969).
Affirmed.